# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES — GENERAL

| | |
|---|---|
| Case No: CV 02-3735 LGB (PLAx) | Date: October 28, 2002 |

Title: **PERFECT 10, INC., v. NET MANAGEMENT SERVICES ET AL.**

**DOCKET ENTRY**

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 29 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PRESENT**

HON. **HARRY L. HUPP**, JUDGE

| Arlene Chavez | Cynthia L. Mizell |
|---|---|
| Deputy Clerk | Court Recorder |

**ATTORNEY PRESENT FOR PLAINTIFFS:**

Brian K. Condon ✓
R. Johnson ✓

**ATTORNEY PRESENT FOR DEFENDANTS:**

Jay M. Spillane ✓
S. Blackman ✓

**PROCEEDINGS:** DEFENDANT NET MANAGEMENT SERVICES' MOTION TO (FILED 6/4/02)
(1) DISMISS FOR LACK OF PERSONAL JURISDICTION;
(2) DISMISS OR TRANSFER FOR IMPROPER VENUE;
(3) TRANSFER FOR CONVENIENCE, OR
(4) STAY THE ACTION
DEFENDANT NETVISION AUDIOTEXT'S MOTION TO (FILED 8/23/02)
(1) TRANSFER FOR CONVENIENCE, OR
(2) STAY THE ACTION

**ORDER** (also, if applicable, findings and memorandum opinion):

SEE PAGE 2



CV02-3735-LGB
10/28/02
Page Two

The motions of defendant Net Management Services, LLC, (hereafter NMS) to dismiss for lack of personal jurisdiction, dismiss or transfer for improper venue, transfer for convenience of witnesses and parties, or stay this action, continued to this date respectively from Aug. 12, 2002, and Sept. 30, 2002, are each denied. The motions of defendant Netvision Audiotext, Inc., (hereafter NAI) to transfer the action for convenience of witnesses and parties or to stay this action are denied.

These matters were transferred to this court for the decision on these motions only. All further proceedings will be before Judge Baird.

When the NMS motion was first before this court on Aug. 12, the court deferred the decision of the motion until similar motions by plaintiff Perfect 10 pending in the Florida action were decided. This was for the reason that the Florida action was the first filed, thus (in the court's opinion) giving the Florida judge the choice of whether both actions should be in California or in Florida for the reason that the two actions were the mirror images of each other and should only be pending in one jurisdiction. The NMS motion was further continued to this date to give the Florida court time to decide the motions pending there. That motion has now been decided. Judge Demitrouleas of the Southern District of Florida in action No. 02-60585 CIV on Oct. 11 granted the motion of Perfect 10, Inc. to transfer the Florida action to this district. Because this was the prerogative of the Florida court to decide (being the court of first filing) the motions to transfer this case to Florida, or stay it, are denied. The motion of NMS to dismiss for lack of personal jurisdiction over it is denied (<u>Cybersell</u> 9Cir'97 130 F.3d 414) on the ground the interactive websites allow personal jurisdiction.

As soon as the transfer of the Florida case to this court is accomplished, and a Central District number is assigned to the Florida action, the court requests the clerk to circulate a "low-number transfer form" which would have the effect of transferring the Florida case to Judge Baird.

CV02-3735-LGB
10/28/02
Page Three

As soon as that is accomplished, the court recommends that Judge Baird consider consolidating the Florida case with this case, and proceed from there.

cc: Hon. Lourdes G. Baird

A:023735LGB.028